**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DAVID J. IOANILLI, CATHY ANN IOANILLI, : No. 267 WAL 2023
ROBERT BOYLE, JR., AND GWENDOLYN :
L. BOYLE, :
                                : Petition for Allowance of Appeal
             Respondents : from the Order of the Superior Court
                                :
                                :
              v. :
                                :
                                :
NICHOLAS CARNOVALE, :
                                :
              Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of May, 2024, the Motion for Leave to File Supplemental Record is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.